✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                    4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**        **Category No.** __II__        **Investigating Agency** __DEA__

**City** __Lynn__                  **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. ___X___        Case No. __04-10299 PBS__
Same Defendant ___x___        New Defendant _____
Magistrate Judge Case Number __M 04-1732- CBS__
Search Warrant Case Number __04 M 1720- to 1730, 04-M 1738__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MANUEL ESTRADA__        Juvenile:   ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__   Nationalit __Mexican__

**Defense Counsel if known:**   Eliot Weinstein, Esq.        Address __228 Lewis Wharf__

Bar Number _____                        __617-367-9334__

**U.S. Attorney Information:**

AUSA __Neil Gallagher__        Bar Number if applicable _____

**Interpreter:**   X Yes   No        List language and/or dialect: __Spanish__

**Matter to be SEALED:**   Yes   X   No

    Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____        __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____   ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____        on _____

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony ___2___

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. __X__      Case No. __04-10299 PBS__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720-to-1730__
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name __ANDRES MARTINEZ-ACEVEZ__      Juvenile:    ☐ Yes    X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**    John Cicilline, Esq.      Address __381 Atwells Ave., Providence, RI__

Bar Number _____

### U.S. Attorney Information:

AUSA __Neil Gallagher__      Bar Number if applicable _____

**Interpreter:**    X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes X    No

     Warrant Requested      ☐ Regular Process      X In Custody

### Location Status:

Arrest Date __5/1/2004__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~10/5/04~~ 3/23/05      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

**City** Lynn    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.    X    Case No. 04-10299 PBS
Same Defendant    x    New Defendant
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name    JOSE ROSALES    Juvenile:    ☐ Yes    X No

Alias Name    TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address    88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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 Sex: MALE Race: Hispanic    Nationalit Mexican

**Defense Counsel if known:**    Raymond A. O'Hara, Esq.    Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA    Bar Number if applicable

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  X  No

Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04

X  Already in Federal Custody as of    in    Wyatt Detention, Central Falls, RI
☐ Already in State Custody at    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X☐ Felony — 4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05    Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

7

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**   DEA_____

**City**   Lynn_____                  **Related Case Information:**

**County**   Essex_____          Superseding Ind./ Inf.   X_____   Case No.   04-10299 PBS_____
                                   Same Defendant   x_____   New Defendant_____
                                   Magistrate Judge Case Number   04-M-1685 CBS_____
                                   Search Warrant Case Number   04-M-1720 to 1730_____
                                   R 20/R 40 from District of   _____

### Defendant Information:

Defendant Name   VALENTIN MARTINEZ_____          Juvenile:     ☐ Yes     X No

Alias Name   VALENTIN RIVERA AKA V AKA VALE_____

Address   108 JOHNSON STREET, LYNN, MA_____

Birthdate: 12/20/69   SS # 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  Sex: MALE  Race: Hispanic_____  Nationalit Mexican_____

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     Address 23 Central Ave., Lynn, MA_____

Bar Number   _____

### U.S. Attorney Information:

AUSA   Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**     X Yes     X No          List language and/or dialect:     Spanish_____

**Matter to be SEALED:**          Yes   X   No

        Warrant Requested          ☐ Regular Process          x In Custody

**Location Status:**

Arrest Date     5/1/04_____

x  Already in Federal Custody as of   _____ in   Wyatt Detention, Central Falls, RI_____ .
☐  Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —— 3 ———

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA__          Category No. _____      Investigating Agency  __DEA/MSP__

City  __Lynn/Peabody__          **Related Case Information:**

County    __Essex__          Superseding Ind./ Inf. __X__          Case No.    __04-10299-PBS__
                             Same Defendant    __x__          New Defendant _____
                             Magistrate Judge Case Number    __04-m-1685-CBS__
                             Search Warrant Case Number    __04-m-1720 to 1730__
                             R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   __MANUEL GERMOSEN__          Juvenile   ☐ Yes   ☒ No

Alias Name    __Kelvin Madera, Manolo__

Address    _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex __M__ Race:   __Hispanic__   Nationality:  __Dom Rep__

**Defense Counsel if known:**    __Steven Judge__          **Address:**  **23 Central Ave., #605**
                                                           **Lynn, MA 01902**
**Bar Number:**    _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__          Bar Number if applicable    _____

Interpreter:   ☒ Yes  ☐ No          **List language and/or dialect:**    __Spanish__

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☒ Already in Federal Custody as   __May 1, 2005__          in   __Plymouth County__          .
☐ Already in State Custody    _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05          Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>MANUEL GERMOSEN</u> _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** __II_____    **Investigating Agency** __DEA_____

**City** __Lynn_____        **Related Case Information:**

**County** __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299 PBS__
                                 Same Defendant __X_____    New Defendant _____
                                 Magistrate Judge Case Number __04-M-1685 CBS_____
                                 Search Warrant Case Number __04-M-1720 to 1730_____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ABDALLAH HAMDAN_____    Juvenile:    ☐ Yes    X No

Alias Name _____

Address __10 ROOSEVELT ST METHUEN MA_____

Birthdate: __1/17/76__    SS # __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__ Sex: __MALE__ Race: __Arabic_____    Nationalit __Palestinian_____

**Defense Counsel if known:**    Melvin Norris, Esq.    Address __260 Boston Post Rd., Wayland, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes    X    No

      Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    __5/1/04_____

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ____4____

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05_____    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense:  __MA_____    Category No. _____    **Investigating Agency** __DEA/MSP_____

City  __Lynn/Peabody_____    **Related Case Information:**

County    __Essex_____    Superseding Ind./ Inf.  __X_____    Case No.  __04-10299-PBS__
                                    Same Defendant  __x_____    New Defendant _____
                                    Magistrate Judge Case Number  __04-m-1685-CBS_____
                                    Search Warrant Case Number  __04-m-1720 to 1730____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  __Chorizo, Chon_____

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race:  __Hispanic____ Nationality: __Dom Rep____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    __Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    RICARDO MARTINEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. ___X_____    Case No. ___04-10299-PBS___
                                     Same Defendant ___x_____    New Defendant _____
                                     Magistrate Judge Case Number ___04-m-1685-CBS___
                                     Search Warrant Case Number __04-m-1720 to 1730___
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _HOWARD GREENBERG_____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian___ Nationality: _US_____

**Defense Counsel if known:**   **Roger Witkin**_____    **Address:** _6 Beacon Street, Ste 1010_
                                                               _Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes ☐ No    **List language and/or dialect:**   _Spanish_____

**Matter to be SEALED:**   ☐ Yes   ☒ No

   ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by _MJ Swartwood_   on   _May 2004_

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _3/23/c5_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **HOWARD GREENBERG** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____    Investigating Agency  DEA/MSP

City   Lynn/Peabody                   **Related Case Information:**

County    Essex                       Superseding Ind./ Inf.    X                Case No.    04-10299-PBS
                                      Same Defendant      x            New Defendant
                                      Magistrate Judge Case Number    04-m-1685-CBS
                                      Search Warrant Case Number    04-m-1720 to 1730
                                      R 20/R 40 from District of

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                    Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**   John Wall            **Address:**  1 Commercial Wharf West
                                                             Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                    Bar Number if applicable

Interpreter:    ☒ Yes  ☐ No         List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes   ☒ No

      ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: 3/23/05                  Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

/3

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Lynn _____    **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf. X _____    Case No. 04-10299 PBS
Same Defendant X _____    New Defendant _____
Magistrate Judge Case Number    04-M-1685 CBS
Search Warrant Case Number    04-M-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ROGELIO GARCIA _____    Juvenile:    ☐ Yes    X No

Alias Name    LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address    85 WALNUT AVE., REVERE, MA _____

Birthdate: 7/15/80 ____ SS # 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 Sex: MALE Race: Hispanic _____ Nationalit USA _____

**Defense Counsel if known:**    James H. Budreau, Esq. _____    Address 20 Park Plaza, Boston, MA _____

Bar Number _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher _____    Bar Number if applicable _____

**Interpreter:**    ☐ Yes    X No    List language and/or dialect: _____

**Matter to be SEALED:**    Yes    X    No

  Warrant Requested    X☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

  Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:    Ordered by:    Mag. Judge Swartwood _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☐ X Felony ── 2 ──

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05 _____    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2   21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

*14*

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense:   __MA__                Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                     Related Case Information:

County   __Essex__                        Superseding Ind./ Inf. ___X____          Case No.  __04-10299-PBS__
                                          Same Defendant ___x___          New Defendant
                                          Magistrate Judge Case Number  __04-m-1685-CBS__
                                          Search Warrant Case Number  __04-m-1720 to 1730__
                                          R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  __JAVIER ANGEL ROMERO__             Juvenile  ☐ Yes   ☒ No

Alias Name  __Ramon Acosta, the Singer__

Address  _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race:  __Hispanic__   Nationality: _____

Defense Counsel if known:   __Ray Buso__          Address: __15 Church Street__
                                                           __Salem, MA 01970__
Bar Number: _____

### U.S. Attorney Information:

AUSA  __Neil Gallagher__                  Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:       __Spanish__

Matter to be SEALED:      ☐ Yes   ☒ No

         ☐ Warrant Requested         ☐ Regular Process         ☐ In Custody

Location Status:

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1 count__

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  3/23/05              Signature of AUSA: _____