**District Court Case Number (To be filled in by deputy clerk):** ______________________

**Name of Defendant** JAVIER ANGEL ROMERO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

15

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name CHRISTIAN GERMOSEN Juvenile ☐ Yes ☒ No

Alias Name ______

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: Dom. Rep.

**Defense Counsel if known:** Michael Hickey **Address:** 15 Church Street
Salem, MA 01970

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☒ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☒ Felony 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

District Court Case Number (To be filled in by deputy clerk): ______________________

Name of Defendant CHRISTIAN GERMOSEN

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

16

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name JUAN MARTINEZ Juvenile ☐ Yes ☒ No

Alias Name Juan Eustate

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: Mexican

**Defense Counsel if known:** ______ **Address:** ______

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ______

**Interpreter:** ☒ **Yes** ☐ **No** **List language and/or dialect:** **Spanish**

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** **FUGITIVE**

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **1 count**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

District Court Case Number (To be filled in by deputy clerk): ______________________

Name of Defendant JUAN MARTINEZ

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name GERARDO VASSUER ORTIZ Juvenile ☐ Yes ☒ No

Alias Name Scarface

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: Mexican

**Defense Counsel if known:** **Richard Welsh** **Address:** **80 Worchester St., Ste 5**
**North Grafton MA, 01536**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ______

**Interpreter:** ☒ **Yes** ☐ **No** **List language and/or dialect:** **Spanish**

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☒ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** ______ **on** ______

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** **1 count**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** GERARDO VASSUER ORTIZ

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ____ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ____
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name PHIL ASARO Juvenile ☐ Yes ☒ No

Alias Name ____

Address ____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex M Race: Caucasian Nationality: ____

**Defense Counsel if known:** **Kirk Griffin** **Address:** **50 Standford Street**
**Boston, MA 02114**

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ____

**Interpreter:** ☐ Yes ☒ No **List language and/or dialect:** ____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ____

☐ **Already in Federal Custody as** ____ **in** ____ .
☐ **Already in State Custody** ____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **MJ Swartwood** **on** **May 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ____ ☐ **Misdemeanor** ____ ☒ **Felony** **1 count**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ____________________

**Name of Defendant** PHIL ASARO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

City Lynn/Peabody **Related Case Information:**

County Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name SILVESTRE LIZARDI Juvenile ☐ Yes ☒ No

Alias Name ______

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: ______

**Defense Counsel if known:** Michael Sneider **Address:** 95 Commercial Wharf Boston, MA 2110

**Bar Number:** ______

**U.S. Attorney Information:**

AUSA Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☒ **Already in Federal Custody as** ______ in ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** MJ Swartwood **on** May 2004

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

District Court Case Number (To be filled in by deputy clerk): ____________________

Name of Defendant SILVESTRE LIZARDI

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. X Case No. 04-10299 PBS
Same Defendant x New Defendant
Magistrate Judge Case Number 04-M-1685 CBS
Search Warrant Case Number 04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name ROBERT V. RUSCIO Juvenile: ☐ Yes X No

Alias Name

Address 286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51 SS # 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 Sex: MALE Race: White Nationalit USA

**Defense Counsel if known:** Edward L. Hayden, Esq. Address 7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA Neil Gallagher Bar Number if applicable

**Interpreter:** ☐ Yes X No List language and/or dialect:

**Matter to be SEALED:** Yes X No

\ Warrant Requested X☐ Regular Process In Custody

**Location Status:**

Arrest Date

Already in Federal Custody as of in .

☐ Already in State Custody at ☐ Serving Sentence ☐ Awaiting Trial

x On Pretrial Release: Ordered by: Mag. Judge Swartwood on

**Charging Document:** Complaint ☐ Information X Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor X☐ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 3/23/05 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________________

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

**City** Lynn/Peabody **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name GIOVANI AVILA Juvenile ☐ Yes [X] No

Alias Name ______

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: ______

**Defense Counsel if known:** **Michael Natola** **Address:** **240 Commerical Street, Ste 2B**
**Boston, MA 02109**

**Bar Number:** ______

**U.S. Attorney Information:**

**AUSA** **Neil Gallagher** **Bar Number if applicable** ______

**Interpreter:** ☐ Yes [x] No **List language and/or dialect:** ______

**Matter to be SEALED:** ☐ Yes [x] No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______.
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
[x] **On Pretrial Release:** **Ordered by** **MJ Swartwood** **on** **May 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** [x] **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ [x] **Felony** **1 count**

**Continue on Page 2 for Entry of U.S.C. Citations**

[x] **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]

**District Court Case Number (To be filled in by deputy clerk):** ______________

**Name of Defendant** GIOVANI AVILA

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA **Category No.** ______ **Investigating Agency** DEA/MSP

City Lynn/Peabody **Related Case Information:**

County Essex

Superseding Ind./ Inf. X Case No. 04-10299-PBS
Same Defendant x New Defendant ______
Magistrate Judge Case Number 04-m-1685-CBS
Search Warrant Case Number 04-m-1720 to 1730
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name GILBERTO ZAYAS Juvenile ☐ Yes ☒ No

Alias Name Cumbia King, Tony

Address ______

Birth date (Year only): ______ SSN (last 4 #): ______ Sex M Race: Hispanic Nationality: ______

**Defense Counsel if known:** Raymond E. Gillespie **Address:** 875 Massachusetts Ave, Ste 32 Cambridge, MA 02139

**Bar Number:** ______

**U.S. Attorney Information:**

AUSA Neil Gallagher **Bar Number if applicable** ______

**Interpreter:** ☒ Yes ☐ No **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☐ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** ______

☐ **Already in Federal Custody as** ______ **in** ______ .
☐ **Already in State Custody** ______ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** MJ Swartwood **on** May 2004

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** ______ ☐ **Misdemeanor** ______ ☒ **Felony** 1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05 **Signature of AUSA:** [signature]