✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     GILBERTO ZAYAS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

Place of Offense: __MA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__    Related Case Information:

County __Essex__
Superseding Ind./ Inf.  __X__    Case No.  __04-10299-PBS__
Same Defendant  __x__    New Defendant _____
Magistrate Judge Case Number  __04-m-1685-CBS__
Search Warrant Case Number  __04-m-1720 to 1730__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  __LUIS E. DEJESUS__    Juvenile  ☐ Yes  ☒ No

Alias Name  __Edgardo__

Address _____

Birth date (Year only): ____    SSN (last 4 #): ____    Sex __M__    Race: __Hispanic__    Nationality: _____

Defense Counsel if known:  __John W. Laymon__    Address: __77 Franklin Street, # 3__
__Boston, MA 02110__

Bar Number: _____

## U.S. Attorney Information:

AUSA  __Neil Gallagher__    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

Arrest Date: _____

☒ Already in Federal Custody as  __May 2004__  in  __Wyatt__
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** LUIS E. DEJESUS

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Y&JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Lynn

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. X     Case No. 04-10299 PBS
Same Defendant X     New Defendant _____
Magistrate Judge Case Number 04-M- 1731CBS
Search Warrant Case Number 04- M 1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** BENITO GRULLON     **Juvenile:** ☐ Yes   X No

**Alias Name** QUICO

**Address** _____

**Birthdate:** _____ **SS #** _____ **Sex:** MALE   **Race:** Hispanic   **Nationalit** Dominican

**Defense Counsel if known:** Ron Ian Segal, Esq..     **Address** 23 Central Ave., Lynn, MA

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher     **Bar Number if applicable** _____

**Interpreter:** X Yes   No     **List language and/or dialect:** Spanish

**Matter to be SEALED:** Yes   X No

    Warrant Requested     X Regular Process     In Custody

**Location Status:**

**Arrest Date** 5/1/04

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05     **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   BENITO GRULLON

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: __MA, CA__    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. __x__    Case No. __04-10299-PBS__
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARTIN CERNA GARCIA__    Juvenile ☐ Yes ☒ No

Alias Name __"Willy"; "Nephew"__

Address __11027 Meyers Dr., Cucamnga, CA 91730__

Birth date (Year only): __1963__ SSN (last 4 #): ____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

Defense Counsel if known: _____ Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   MARTIN CERNA GARCIA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   x    Case No.  04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  ROBINSON RUIZ    Juvenile  ☐ Yes  [X] No

**Alias Name**  "Metresa"

**Address**  6 Houston Street, Lynn, MA 01905

**Birth date (Year only):** 1964  **SSN (last 4 #):** 6369  **Sex** M  **Race:** Hispanic  **Nationality:** Dom. Republic

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:**  [x] Yes  ☐ No    **List language and/or dialect:**  Spanish

**Matter to be SEALED:**  [x] Yes  ☐ No

[x] Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  [x] Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    ROBINSON RUIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** _____  **Investigating Agency** DEA/MSP

**City** Lynn, MA    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x    **Case No.** 04-10299-PBS
Same Defendant _____    **New Defendant** X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** CARLOS RAFAEL ROJAS    **Juvenile** ☐ Yes  ☒ No

**Alias Name** "Chelo"; "Ramon"

**Address** _____

**Birth date (Year only):** _____  **SSN (last 4 #):** _____  **Sex** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2  18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

Place of Offense: __MA__        Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__        Related Case Information:

County __Essex__        Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
Same Defendant _____        New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARLOS ORLANDO ARGUETA-MACARIO__        Juvenile  [ ] Yes  [X] No

Alias Name __"Chaparro"__

Address __15 Washington Place, Peabody, MA 01960__

Birth date (Year only): __1967__  SSN (last 4 #): __0292__  Sex __M__  Race: __Hispanic__  Nationality: __Mexican__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__        Bar Number if applicable _____

Interpreter:  [X] Yes  [ ] No        List language and/or dialect:  __Spanish__

Matter to be SEALED:  [X] Yes  [ ] No

[X] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty ____  [ ] Misdemeanor ____  [X] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro"

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: MA    Category No. _____    Investigating Agency DEA/MSP

City  Lynn, MA    Related Case Information:

County  Essex    Superseding Ind./ Inf.  x    Case No. 04-10299-PBS
Same Defendant _____    New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  WILLIAM R. HOLMES    Juvenile  ☐ Yes  ☒ No

Alias Name  "Billy"

Address  43 Reservoir Drive, Danvers, MA

Birth date (Year only): 1961   SSN (last 4 #): 7332   Sex M   Race: _____   Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   WILLIAM R. HOLMES, a/k/a "Billy"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

Place of Offense: __MA__        Category No. _____       Investigating Agency __DEA/MSP__

City __Lynn, MA__               Related Case Information:

County __Essex__                Superseding Ind./ Inf. __x__         Case No. __04-10299-PBS__
                                Same Defendant _____           New Defendant __X__
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__                Juvenile  [ ] Yes  [X] No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__  SSN (last 4 #): __0733__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: _____                Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                             Bar Number if applicable _____

Interpreter:  [ ] Yes  [ ] No      List language and/or dialect: _____

Matter to be SEALED:  [x] Yes  [ ] No

    [x] Warrant Requested        [ ] Regular Process        [ ] In Custody

**Location Status:**

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:   [ ] Complaint      [ ] Information      [x] Indictment

Total # of Counts:   [ ] Petty ____     [ ] Misdemeanor ____ [x] Felony __1__

                Continue on Page 2 for Entry of U.S.C. Citations

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __3/23/05__                Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GENE A. ANDERSON

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**