UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES                                              CR #04-10299

v.

EDGAR HOFFENS (A/K/A/ CARLOS COLON-RIVERA)


**EDGAR HOFFENS' ASSENTED-TO MOTION TO CONTINUE TRIAL DATE**


Now comes Edgar Hoffens (a/k/a Carlos Colon-Rivera), through his court-appointed counsel John Wall and moves for continuation of his trial date from February 27, 2006 to May 15, 2006 and in support thereof states the following:

a) undersigned counsel for Edgar Hoffens has a trial date certain of January 9, 2006 in US v. DeCologero, *et al* CR: 01-10373 where the prosecution estimates the time needed to present its case to be two months. The defense case including cross-examination by four defense lawyers as well as the testimony of a number of defense witnesses is likely to take four to six weeks;

b) in the instant case undersigned counsel has been working from voluminous transcripts of overheard conversations preparing a submission to the prosecutor regarding drug quantities in the hope of resolving the instant case without a trial;

c) more time will be needed, approximately 21 days, after the end of the DeCologero trial to complete the submission and finish negotiating a hoped-for resolution of this case that is satisfactory to all parties; and

d) the government assents to the continuance.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Edgar Hoffens (A/K/A/ Carlos Colon-Rivera)<br>By his attorney, |
|  |    /s/   John Wall<br>John Wall<br>BBO # 513300<br>One Commercial Wharf West<br>Boston, MA 02110 |
| January 9, 2006 | (Tel):  617 742-7996<br>(Fax): 617 742-8604 |

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I caused to be delivered by e-filing a copy of this motion to all counsel of record.

   /s/ John Wall
John Wall