UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                          CRIMINAL ACTION
                                          NO.   04-10299-PBS

    v.

EDGAR HOFFENS

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                          January 11, 2006

      Please take notice that a Status Conference re: Assented-To Motion to Continue Trial Date has been **scheduled** for **January 18, 1006, at 3:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA.

                                                                             By the Court,

                                                                           /s/ Robert C. Alba
                                                                          Deputy Clerk

Copies to:  All Counsel