UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                       )   Criminal No. 04-10299-PBS<br>)<br>LUZ LUCIANO, et al.               ) | |

**NOTICE OF APPEARANCE**

\_\_\_\_\_Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                By:   */s/ Sandra S. Bower*
                      SANDRA S. BOWER
                      Assistant U.S. Attorney
                      United States Attorney's Office
                      One Courthouse Way, Suite 9200
                      Boston, MA 02210
                      (617) 748-3184

Dated: January 17, 2006

CERTIFICATE OF SERVICE

    I, Sandra S. Bower, do hereby certify that I caused a copy of the foregoing to be served by electronic filing and first-class mail, postage paid, upon counsel of record.

                                    /s/: *Sandra S. Bower*
                                    SANDRA S. BOWER
                                    Assistant U.S. Attorney

Dated: January 17, 2006