UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

EDGAR HOFFENS
CARLOS ORLANDO ARGUETA-MARCARO
WILLIAM HOLMES
BENITO GRULLON
HOWARD GREENBERG
GENE ANDERSON
GIOVANNI AVILA

"**REMINDER**" NOTICE OF FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                          June 21, 2006

    TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **June 27, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel