UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES                                              CR #04-10299

v.

EDGAR HOFFENS (A/K/A/ CARLOS COLON-RIVERA)

**DEFENDANT EDGAR HOFFENS' MOTION FOR CONTINUANCE FROM MONDAY, JULY 10, 2006 TO A DATE SUBSEQUENT TO FRIDAY, JULY 14, 2006**

**A HEARING IS REQUESTED EITHER IN COURT OR BY CONFERENCE CALL AS SOON AS PRACTICABLE**

Now comes Edgar Hoffens through his court-appointed counsel John Wall and moves for a continuance from Monday, July 10, 2006 to a date subsequent to July 14, 2006; and in support thereof he states:

1. undersigned counsel for Edgar Hoffens was of the understanding that one copy of materials previously submitted on June 12, 2006 by Edgar Hoffens to the Prosecutor (two ring-binder copies of a submission with 32 exhibits) would be given to the translator on Friday, June 30, 2006, along with a copy of a disk containing all the Hoffens-related conversation for her to accomplish a defense work assignment request;

2. counsel was also of the understanding that certain translations made and to be made on the government's behalf would be available on Friday, June30, 2006 at 2:00PM and in that connection undersigned counsel's associate, Atty. Harry Mezer, repaired to the Courthouse on Friday afternoon, June 30, 2006 with a copy of a disk containing Hoffens-related conversations for delivery to the translator and with instructions to pick up remaining copies of translations performed for the prosecutor as well as any other filings by the prosecutor including any trial memorandum;

3. undersigned counsel also left voice mails with the prosecutor and with the translator that Harry Mezer was going to the Court of Appeals Library adjacent to the US Attorney's office where he would be working on this case and where he could be reached in person there or by cell phone number supplied by undersigned counsel to both the prosecutor and the translator;

1

4. undersigned counsel later learned through an e-mail from associate Harry Mezer that he never saw nor was he contacted by the translator on Friday, June 30, 2006 and that he "picked up a few transcripts from Neil [Gallagher] at 3:40PM. He [Gallagher] says the translator did not need your disk and I have it. He [Gallagher] said the translator will do your transcripts from his disks next week." Undersigned counsel has been unable to reach Harry Mezeer either by phone or voice mail and has received no responses to e-mails from Friday, June 30, 2006 through Tuesday, July 4th at 5:45PM;

5. On Friday, June 30, 2006, Undersigned counsel received from the translator and through his secretary a late afternoon message that she had <u>not</u> received from the prosecutor the materials that undersigned counsel wanted her to work on, nor the disk of Hoffens- related conversations in Spanish but that she would receive them from the prosecutor on Monday, July 3, 2006.

6. On Tuesday, July 4, 2006 undersigned counsel retrieved a voice-mail message from the translator that the materials she expected to receive on Monday, July 3, 2006 (that she did not receive on Friday, June 30, 2006), were not retrieved on Monday, July 3, 2006 "because Neil [Gallagher] was not there." Voice-mail messages to the translator and to the prosecutor on Tuesday, July 4, 2006 have understandably not been returned as of 5:45PM on the July 4, 2006 .

WHEREFORE, in view of the foregoing and in spite of the best efforts of all concerned, there will not be adequate time between now and July 10, 2006 to receive a completed work assignment of the translator and to review it, analyze it, have it copied for members of the jury, the Court and counsel, and at the same time adequately complete other necessary preparation, it is hereby requested that a continuance be granted from Monday, July 10, 2006 until a date subsequent to Friday, July 14, 2006.

> Respectfully submitted,
> Edgar Hoffens
> By his attorney,
>
>   /s/   John Wall
> John Wall
> BBO # 513300
> One Commercial Wharf West
> Boston, MA 02110

July 4, 2006                             (Tel):  617 742-909

### CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2006, I caused to be delivered by e-filing a copy of this motion to AUSA Neil Gallagher.

                                                                   /s/ John Wall
                                                                   John Wall