UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                             )
                             )    CRIMINAL ACTION
      v.                     )
                             )    NO. 04-10299-PBS
EDGAR HOFFENS                )
      a.k.a. Carlos          )
      Colon-Rivera           )
      a.k.a. "Tigueron"      )

### UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE TRIAL

The United States respectfully opposes defendant's motion to continue the trial set for July 10, 2006.  As grounds, the government's submits that defendant's allegations set forth in his motion are incorrect.

1.   At the pretrial conference held on June 27, 2007, the court ordered the government to produce all 21-day discovery materials and transcripts of the intercepted phone calls which the government will seek to introduce at trial, by June 30, 2007. During the same conference, the government indicated to the court that it may not be able to complete all the Spanish translations of the transcripts by June 30, 2007, but would provide as many as possible by June 30th.

2.   On Thursday, June 29, 2007, at around 4:30 p.m., the government provided defense counsel with the 21-day discovery for cooperating witnesses Jose Rosales and Rogelio Garcia as well as a CD with all the audio recordings and English transcript of those recordings.

3.    On Thursday, June 29, 2007, defense counsel requested that undersigned counsel give court-certified interpreter Deborah Huacuja a binder of transcripts that defense counsel wanted transcribed into Spanish.  Undersigned counsel informed defense counsel that the government would not pay for cost of transcribing these calls and should request CJA funds.  The same day, and the following day, Friday, June 30, 2007, undersigned counsel informed Ms. Huacuja that defense counsel wanted certain calls transcribed into Spanish.  Ms. Huacuja indicated that she would be able to begin transcribing those calls after the July 4th holiday at which time she would pick up the binder from undersigned counsel.

3.    On Friday, June 30, 2007, the government provided defense counsel's associate with Spanish translations of the calls that had been transcribed into Spanish.  (The remainder of the calls have now been completed and will be turned over at the 11:00 a.m. hearing).  Defense counsel's associate, apparently not understanding what the government had provided the day before, handed undersigned counsel the same CD which contained the audio and English transcripts disclosed on June 29, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:         /s/ Neil J. Gallagher, Jr.
            Neil J. Gallagher, Jr.
            Sandra Bower
            Assistant U.S. Attorneys
            One Courthouse Way
            Boston, MA

Date: 7/5/06


Certificate of Service
    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.