```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA            )
                                    )
                                    )   CRIMINAL ACTION
    v.                                )
                                    )   NO. 04-10299-PBS
EDGAR HOFFENS                       )
    a.k.a. Carlos                   )
    Colon-Rivera                    )
    a.k.a. "Tigueron"               )

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorneys Neil J. Gallagher, Jr. and Sandra Bower, submits this List of Proposed Exhibits to assist the Court and jury in the trial of the above-captioned matter.  The government reserves the right to supplement or modify this list from time to time, with reasonable notice to counsel.

| No. | Description of Exhibit |
|---|---|
| 1. | Wiretap Recording Stipulation |
| 2. | Transcript Stipulation |
| 3. | CD of Selected Wiretap Calls (further described below) |
| 4. | Transcripts of Calls (further described below) |
| 5. | Chart of Intercepted Phone Calls |
| 6. | Photograph of 46 Wyman Street, Lynn, MA |
| 7. | Driver's License Photo for Joel Agostini (DOB: 2/26/80), a.k.a. Jose Rosales |
| 8. | Massachusetts Registry of Motor Vehicles (MA RMV) Registration for grey Mercury Sable wagon, MA Reg. US8280 |
| 9. | MA RMV Registration for 1997 red Mercury Mountaineer, MA Reg. CI344W |

| 10. | Video from Pole Camera from 46 Wyman Street |
| --- | --- |
| 11. | New Hampshire RMV Registration for Maroon Cadillac, NH Reg. 1394249 |
| 12. | NH Driver's License Photo for Carlos Colon Rivera (DOB: 8/27/64) |
| 13. | T-Mobile Subscriber Information for 617-953-1960, subscribed to Cynthia Hoffens, 845 Clay Street, Apt. 2, Manchester, NH |
| 14. | Plea Agreement for Jose Rosales |
| 15. | CD of Video from 46 Wyman Street on 10/25/03 |
| 16. | Plea Agreement for Rogelio Garcia |
| 17. | Nokia (T-Mobile) cellular phone, with number (617) 953-1960 (DEA N-203) |
| 18. | Driver's License from Puerto Rico in name Carlos Colon Rivera |
| 19. | Social Security Card in name of Carlos Colon Rivera |
| 20. | Summary Chart of "Boxes" Telephone Calls |

As further described below in Exhibits 3 and 4, the government intends to introduce the following phone calls intercepted pursuant to Title III wiretaps and Spanish/English transcripts of these phone calls:

| **No.** | **Date** | **Time** | **Call** | **Target Phone** | **Contact Phone** |
| --- | --- | --- | --- | --- | --- |
| 4A | 08/05/03 | 12:52 PM | 188 | 781-985-5838 | 617-953-1960 |
| 4B | 08/07/03 | 11:22 AM | 263 | 781-985-5838 | 617-953-1960 |
| 4C | 08/07/03 | 11:29 AM | 265 | 781-985-5838 | 617-953-1960 |
| 4D | 08/07/03 | 11:53 AM | 268 | 781-985-5838 | 617-953-1960 |
| 4E | 08/08/03 | 11:34 AM | 338 | 781-985-5838 | 617-953-1960 |
| 4F | 08/08/03 | 12:03 PM | 340 | 781-985-5838 | 617-953-1960 |
| 4G | 08/12/03 | 06:29 PM | 647 | 781-985-5838 | 617-953-1960 |
| 4H | 08/16/03 | 12:45 PM | 889 | 781-985-5838 | 617-953-1960 |

| 4I | 09/05/03 | 11:49 AM | 152 | 603-265-0476 | 617-953-1960 |
| 4J | 09/05/03 | 12:04 PM | 153 | 603-265-0476 | 617-953-1960 |
| 4K | 09/05/03 | 6:00 PM | 371 | 603-265-0476 | 617-953-1960 |
| 4L | 10/05/03 | 11:23 AM | 1115 | 603-265-0476 | 617-953-1960 |
| 4M | 10/09/03 | 2:57 PM | 1322 | 603-265-0476 | 617-953-1960 |
| 4N | 10/15/03 | 1:31 PM | 1677 | 603-265-0476 | 617-953-1960 |
| 4O | 10/16/03 | 9:02 AM | 1713 | 603-265-0476 | 617-953-1960 |
| 4P | 10/22/03 | 9:00 AM | 2008 | 603-265-0476 | 617-953-1960 |
| 4Q | 10/22/03 | 9:48 AM | 2017 | 603-265-0476 | 617-953-1960 |
| 4R | 11/26/03 | 11:19 AM | 3904 | 603-265-0476 | 617-953-1960 |
| 4S | 12/31/03 | 11:22 AM | 5477 | 603-265-0476 | 617-953-1960 |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Sandra Bower
Assistant U.S. Attorneys
One Courthouse Way
Boston, MA

Date: July 5, 2006

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                      <u>/s/ Neil J. Gallagher, Jr.</u>
                                      Neil J. Gallagher, Jr.