```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA        )
                                )
                                )    CRIMINAL ACTION
     v.                         )
                                )    NO. 04-10299-PBS
EDGAR HOFFENS                   )
     a.k.a. Carlos              )
     Colon-Rivera               )
     a.k.a. "Tigueron"          )

## UNITED STATES' WITNESS LIST

The United States of America hereby is hereby reserving the right to call the following witnesses at trial. The government reserves its right to supplement or modify the list with reasonable notice to the defendant.

1. Translator Deborah Huacuja (if no stipulation for transcripts)

2. Representatives from T-Mobile USA (if no stipulation for wiretap evidence)

3. DEA Special Agent (SA) Jean Drouin, Boston, MA

4. Jose Rosales

5. Rogelio Garcia

6. Lynn PD Det. Mike Ferraro

7. Saugus PD Det. Giorgetti

8. New Hampshire State Trooper Scott Tracey

9. DEA TFA Mike Carigan

10. DEA TFA Glen Kramer

11. Lynn PD Officer Ken Estes

12. MSP Sgt. Richard Eubanks

13. DEA SA Thad Blasak, Manchester, NH

    14.   U.S. Drug Enforcement Administration (DEA) Task Force Agent Jaime Cepero (Massachusetts State Police)

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:       /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.
                              Sandra Bower
                              Assistant U.S. Attorneys
                              One Courthouse Way
                              Boston, MA

Date: 7/5/06

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                              /s/ Neil J. Gallagher, Jr.
                              Neil J. Gallagher, Jr.