Law Office of

## JOHN WALL

ONE COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110
TEL: (617) 742-9096
FAX: (617) 742-8604

FILED
CLERKS OFFICE

2006 SEP -1  P 12: 55

August 30, 2006

U.S. DISTRICT COURT
DISTRICT OF MASS

Robert Alba, Deputy Clerk to
Judge Patti B. Saris
J.J. Moakley U.S.Courthouse, Suite 2300
One Courthouse Way
Boston, MA  02210

RE:   U.S. v. Edgar Hoffens  CR: CR: 04-10299PBS

Dear Robert:

For your information regarding scheduling I will be out of the country from September 11, 2006 through September 25, 2006.

Sincerely,

John Wall

JW/jcw
C:   Neil J. Gallagher, Jr. Esq, AUSA
     Susan Walls, Probation Officer
     Edgar Hoffens