8-7-06

Honorable Pattie B. Saris
% Law office of John Wall
One commercial wharf west
Boston MA 02110

To whom it may concern. My name is Cynthia Hoffens, and I have been together with Edgar for over 20-years. We have been married for 16-years, and have three children together. Edgar is a caring person who is always their to help you, when you need it, Edgar is a loving husband, and father who loves his children so much. Edgar is not just my husband but my best friend and I feel blessed to have him in my life. I would be lost without Edgar here, as it would be devasting for our children not to have their father here.

Thank you
Sincerly—
Cynthia A. Hoffens

AUG - 9

8-7-06

To whom it may Concern,

Having known Edgar Hoffens for the past 20 years, I can honestly say he has been a friendly, trustworthy person. After marrying my wife's daughter Cynthia in 1990 They had three children, whom I believe love their Father very much and would have a hard time adjusting to family life without him. Edgar also works for me in the residential Remodeling field. My customers feel confident haveing Edgar in their houses when I'm not their. Edgar shows desire and commitment, and can be an outstanding contributer to the American Society I think Edgar should be given a chance to prove his worthyness.

Thank You Sincerly:

Edward W. [signature]
650 Central St
Manchester, NH. 03103.

Aug. 1, 2006

Honorable Patti B. Saris
C/o Law Office of John Wait
1 Commercial Wharf West
Boston, MA 02110

To whom it may concern,

Edgar Heffens has been a member of family since the day he entered in this country. He and my sister Cynthia have been together since high school. They have been married for over sixteen years and have three wonderful children together.

I consider Edgar to be my brother, not just my brother-in-law. We are good friends and very supportive of one another.

My son Devon and I feel very blessed to have him as part of our family.

Yours Truly,

Patricia Donahue

Patricia Donahue
800 Clay St
Manchester, NH
03103

AUG - 9

To whom it may concern,

My name is Samantha Hoffens, my fathers name is Edgar Hoffens. I love my father dearly. I would do anything for him as he would do the same for me. Right now I am a Senior in highschool. I have been waiting for this for so long, but what would it mean without my father? He wouldn't be able to see me in my blue graduation gown, shaking my principals hand, and throwing my cap in the air. I have always invisioned my father, with a proud smile on his face watching me. I would really like my father to be here with me. I finally get to choose which college I want to go to next year, I get to take my SAT's, go to Prom, and all of theese important memories wouldn't be the same without my father. I love my dad and I hope that it means something. Thank you, for taking the time to read this

  Sincerly,
  Samantha Hoffins

9

8-7-06

To whom it may concern
My name is David and I am writing to you about my dad Ed my he is a very special person who's always their to help me and he's always their to help anyone he has a good heart and cares for me my sister, brother and mom too and is always there when I need him I would miss my dad too much if he was not around hes not just my dad But my buddy

Thank you
David Hoffins

AUG - 9

Hi my name is edgAR JR

I Love my dAd he's A good FATheR he's NOT Just my dAd he's my FRieNd we do A lot of Things TogetheR Like Fishing, Foot bALL, bAsebALL, bAsketbALL ANd mANy moRe FuN Things ANd when we go out he wANTs To MAke suRe we're hAppy ANd HAviNg A good TiMe he ALso helps me wheN i Need heLP ANd he's ALwAys TheRe when I Need hiM he ALso give's me gReAT Advice aNd he'sddiNg his best To RAise me my sisteR ANd bRotheR To choose The Light PATh iN LiFe. I Love my dAd with ALL my heART ANd I doNT kNow whAT to do with out hiM.

AUG - 9

8-6-06

To whom it may concern:

I am writing on behalf of my uncle Edgar Haffens. He has a big caring heart. He's always there for you when you need him. He's someone you can count on and trust. Without him in my life it would be hard to go on with the things he's helped me out with.

AUG - 9

603-668-2319
349 Wilson St
Manchester NH 03103

Leeann Lawler